United States District Court
for the District of New Jersey

| | |
|---|---|
| BRICK CITY GRILL, INC. d/b/a/ ARENA BAR, 218 MULBERRY, LLC, TITAN MANAGEMENT GROUP, LLC, ANTONIO RODRIGUES, and JOHN BRITO,<br><br>*Plaintiffs,*<br><br>v.<br><br>CITY OF NEWARK, NEWARK DIVISION OF ALCOHOL CONTROL BOARD, N.J. DIVISION OF ALCOHOLIC BEVERAGE CONTROL,<br><br>*Defendants*. | No. 14-4491 (KSH)<br><br><br><br><br><br><u>**ORDER**</u> |

This matter having come before the Court by motions to dismiss filed by the City of Newark and the Newark Division of Alcohol Control Board [D.E. 6] and the New Jersey Division of Alcoholic Beverage Control [D.E. 3], and for the reasons expressed in the accompanying opinion,

**IT IS**, on this 31st day of March, 2015,

**ORDERED** that the motions to dismiss [D.E. 6, 3] are **GRANTED**; and that plaintiff's complaint is dismissed; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.