UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BRICK CITY GRILL, INC. d/b/a ARENA BAR; 218 MULBERRY, LLC; TITAN MANAGEMENT GROUP, LLC; ANTONIO RODRIGUES and JOHN BRITO,

*Plaintiffs*,

v.

CITY OF NEWARK; NEWARK DIVISION OF ALCOHOL BEVERAGE CONTROL BOARD; MICAHEL I. HALFACRE, IN HIS CAPACITY AS DIRECTOR, NEW JERSEY DIVISION OF ALCOHOLIC BEVERAGE CONTROL,

*Defendants*.

Civil No.: 14-4491 (KSH) (CLW)

**ORDER**

Upon consideration of the motions to dismiss by defendants Micahel Halfacre in his capacity as director of the New Jersey Division of Alcoholic Beverage Control (D.E. 29) and the City of Newark and the Newark Division of Alcohol Beverage Control Board (together, the "Newark Defendants") (D.E. 32), for the reasons expressed in the Court's opinion filed herewith,

**IT IS** on this 30th day of March, 2016, hereby

**ORDERED** that the Newark Defendants' motion to dismiss is GRANTED with prejudice; and it is further

**ORDERED** that Micahel Halfacre's motion to dismiss is GRANTED with prejudice.

s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.